# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2024

*The Court of Appeals hereby passes the following order:*

## A24D0307. JIM JACKSON SR. v. LEHERN MCGOVERN BOVIS, INC.

On March 12, 2024, Jim Jackson, Sr. filed in the Supreme Court of Georgia a document entitled "Writ of Certiorari," asserting that he was denied his constitutional rights to due process and to a jury trial. He attached a copy of a July 28, 2023 order denying filing of a new action he attempted to file in the trial court. Upon ascertaining no basis for its jurisdiction, the Supreme Court transferred the matter to this Court. See Case No. S24D0745 (Mar. 20, 2024). We also lack jurisdiction.

Pretermitting whether Jackson was required to follow the discretionary appeal procedures, we lack jurisdiction because his application is untimely. To be timely, an application for discretionary review must be filed within 30 days of entry of the order at issue. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Jackson's instant application was untimely filed 228 days after entry of the July 28, 2023 order. Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/06/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*